EXHIBIT

A

CHOOT 'EM™

Troy Landry

CHOOT 'EM™

FRONT LEFT CHEST

Club Red

CHOOT 'EM™

Troy Landry

STYLE #/NAME: 601-1224 "GATOR WRANGLERS"

DESCRIPTION- Adult Design, Short Sleeve Tee on Blue Dusk
Left Chest Logo with Full Back Print



FRONT LEFT CHEST

BACK PRINT

STYLE #/ NAME: 600 - Z23 "LANDRY LEADER"

DESCRIPTION– Adult Design, Short Sleeve Tee or SAND
Left Chest Logo with Full Back Print