# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| TROY LANDRY PRODUCTIONS, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 6:12–CV–00004–RFD–CMH |
| | ) Judge Rebecca F Doherty |
| HALPERN IMPORT COMPANY , ET AL | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Ripple Junction Design Co.**

A lawsuit has been filed against you.

Within the time required by law\*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Namisha D Patel | Roy H Maughan Jr |
| Maughan Maughan &Lormand | Maughan Maughan &Lormand |
| 634 Connell's Park Ln | 634 Connell's Park Ln |
| Baton Rouge, LA 70806 | Baton Rouge, LA 70806 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**

CLERK OF COURT

/s/ – Tony R. Moore

**ISSUED ON 2012–01–04 11:14:36** , Clerk USDC WDLA

\* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

6:12–CV–00004–RFD–CMH
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Ripple Junction Design Co.** was received by me on
(date)____01/04/2012_____.

- I personally served the summons on **Ripple Junction Design Co.** at
(place)_____ _____ on
(date)_____; or

- I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there, on (date)
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) **KNK Service Group** who is designated by law to
accept service of process on behalf of (name of organization) **Ripple Junction
Design Co.; via UPS Next Day Air** on (date) _____Jan. 5, 2012_____; or

- I returned the summons unexecuted because _____
_____; or

- Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: ___Jan. 5, 2012_____

___N. Patel_____
Server's signature

Namisha Patel, Attorney
Printed name and title

634 Connells Park Lane
Baton Rouge, LA 70806
Server's address


Additional information regarding attemped service, etc: