RECEIVED

APR 2 6 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| TROY LANDRY PRODUCTIONS, LLC | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO.   6:12-cv-4 |
| VERSUS | * | |
| | * | |
| HALPERN IMPORT COMPANY, | * | JUDGE REBECCA DOHERTY |
| NATIONAL CAP AND SPORTSWEAR, | * | |
| INC., AND RIPPLE JUNCTION DESIGN CO | * | |
| | * | MAGISTRATE JUDGE |
| Defendants | * | C. MICHAEL HILL |

**ORDER**

Considering the Joint Motion to Dismiss with Prejudice,

**IT IS ORDERED** that the above entitled and numbered cause and the same is hereby

dismissed with prejudice with each party to bear its own costs.

Lafayette, Louisiana, this 26 day of April, 2012.

_____
JUDGE